November 15, 1978

APPEAL NO. 78-161. TOWN OF HOPKINTON *v.* CLAYTON J. KEISER. The order entered in this case on November 3, 1978 is vacated. Appellee's motion to dismiss this appeal for failure of appellant to file his brief is granted, provided, however, that if appellant shall file his brief on or before November 24, 1978, this appeal shall thereupon be automatically rein-

stated. *John R. Payne, Jr.,* Town Solicitor, for appellee. *Clayton J. Keiser,* pro se, appellant.